**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-26137/596529010

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Tony Viet Vu and Lan P. Tran<br>      Debtors.<br><hr>Nationstar<br>      Movant,<br>  vs.<br>Tony Viet Vu and Lan P. Tran, Debtors; David A. Birdsell, Trustee.<br>      Respondents. | No. 2:09-bk-11766-CGC<br><br>Chapter 7<br><br>MOTION TO WITHDRAW MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br><br>(Relating to docket #33) |

Movant, Nationstar, by its attorney undersigned, moves to withdraw its Motion for Relief from Automatic Stay without prejudice.

DATED this 24th day of November, 2009.

                                            Respectfully submitted,

                                            TIFFANY & BOSCO, P.A.

                                            BY   /s/ MSB # 010167
                                                    Mark S. Bosco
                                                    Leonard J. McDonald
                                                    Attorneys for Movant

COPY of the foregoing mailed
November 24, 2009 to:

Tony Viet Vu and Lan P. Tran
4149 West St. Kateri Dr.
Phoenix, AZ 85041
Debtors

Robert 1 Beucler
40 N. Central Ave. Ste. 1400
Phoenix, AZ 85004
Attorney for Debtors

David A. Birdsell
216 N. Center
Mesa, AZ 85201
Trustee

By  Julie Bush